**Exhibit A**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
CHRISTIAN SANCHEZ, on behalf of himself :
And all other persons similarly situated,

                                    :

              Plaintiff,

                                    :      1:21-cv-00938-JPC

        v.

                                    :

FORTUNE MEDIA (USA) CORPORATION ,

                                    :

             Defendant.
------------------------------------x

**STIPULATION OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, by the parties to this action, by and through their undersigned counsel, that this action is dismissed with prejudice.

Each party shall bear its or his own legal fees and costs.

Dated:

| COHEN & MIZRAHI LLP | PADUANO & WEINTRAUB, LLP |
|---|---|
| By: _____ | By: _Alicia Valenti/MKS_ |
|    Joseph H. Mizrahi |    Alicia Valenti |
| 300 Cadman Plaza West, 12th Floor | 1251 Avenue of the Americas, 9th Floor |
| Brooklyn, New York 11201 | New York, New York 10020 |
| (929) 575-4175 | (212) 785-9100 |
| *Attorneys for Plaintiffs* | *Attorneys for Defendant* |

SO ORDERED: _____

_____
   UNITED STATES DISTRICT JUDGE

The Court construes this filing as a stipulation of dismissal with prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(i), which allows a plaintiff to dismiss an action without a court order.  *See* Fed. R. Civ. P. 41(a)(1)(B) (permitting notice of dismissal with prejudice).

Accordingly, the Clerk of Court is respectfully directed to close this case.

SO ORDERED.
Date: June 4, 2021
New York, New York

_____
JOHN P. CRONAN
United States District Judge

8